# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CLAYTON C. HEINRICH, Deceased,** )<br>)<br>**Plaintiff,** )<br>)<br>**V.** )<br>)<br>**UNITED STATES DEPARTMENT** )<br>**OF TREASURY, INTERNAL** )<br>**REVENUE SERVICE,** )<br>)<br>**Defendant.** )<br>) | **8:14CV401**<br><br>**ORDER** |

Currently pending before the Court is Plaintiff's Objection to Allow Claim and Motion to Remand Case (filing 10).  Prior to ruling on said motion, the Court would like further briefing on the issue of whether a notice of disallowance of claim filed in state court constitutes a "civil action" within the meaning of 28 U.S.C. § 1441.

Accordingly,

**IT IS ORDERED** that by or before April 27, 2015, each party shall submit a brief addressing the issue set forth above.

**DATED April 16, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**