IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLAYTON C. HEINRICH, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV401 |
| | ) | |
| V. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 5, 2015, the undersigned entered a Findings and Recommendation (filing 21), recommending to Chief Judge Laurie Smith Camp that Plaintiff's Motion to Remand (filing 10) be denied.  The undersigned further ordered that, with respect to Defendant's Petition to Allow Claim (filing 7), that the parties submit a joint proposal regarding how to progress this case.

Subsequently, on May 20, 2015, the parties consented to reassignment of this matter to the undersigned for full disposition.  Accordingly, based on the parties' consent, and with no objections to the Findings and Recommendation having been filed,

**IT IS ORDERED** that the Findings and Recommendation (filing 21) entered in this matter is the final order on Plaintiff's Motion to Remand (filing 10).  Also, in compliance with the Findings and Recommendation, the parties have submitted a proposal as to how progress this case.  Accordingly, the Clerk of Court is directed to terminate Filing Nos. 7 and 10 as pending motions in this case.

**DATED September 3, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**